MARGARET EISENBERG, Respondent, v. REGENT CARPET CLEANERS, INC., Appellant, et al., Defendants.— Motion for leave to appeal to the Appellate Division

denied, without costs. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.